IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TRUSTEES OF CENTRAL LABORERS'
PENSION, WELFARE & ANNUITY FUNDS,**

**Plaintiff,**

**v.**

**RALPH MOORE, individually and d/b/a
MASONRY SPECIALISTS, INC.,**

**Defendant.**                                        **No. 07-CV-282-DRH**

## ORDER OF DISMISSAL

**HERNDON, District Judge:**

      Now before the Court is Plaintiff's motion for voluntary dismissal (Doc. 6). Being fully advised in the premises, the Court **GRANTS** Plaintiff's motion for voluntary dismissal (Doc. 6). **IT IS ORDERED** that this matter is hereby voluntarily dismissed with prejudice. Clerk to enter judgment accordingly.

      **IT IS SO ORDERED.**

      Signed this 19th day of June, 2007.

      /s/      David   RHerndon
      **United States District Judge**