## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TRUSTEES OF CENTRAL LABORERS'**
**PENSION, WELFARE & ANNUITY FUNDS,**

        **Plaintiff,**

        **-vs-**                    **No.  07-CV-282 DRH**

**RALPH MOORE, individually and d/b/a**
**MASONRY SPECIALISTS, INC.,**

        **Defendant.**

## JUDGMENT IN A CIVIL CASE

        **DECISION BY COURT.**  This action came before the Court on Plaintiff's  motion

for voluntary dismissal.

        **IT IS ORDERED AND ADJUDGED** that Plaintiff's   motion is **GRANTED** and

this matter is voluntarily **DISMISSED** with prejudice.

        **NORBERT G. JAWORSKI, CLERK**

June 21, 2007                  By:_  s/Patricia Brown_____
                           Deputy Clerk

APPROVED: _/s/    David  RHerndon_
                **U.S. DISTRICT JUDGE**